IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JANICE HOLMES, | * | |
| Plaintiff, | * | |
| v. | * | CV 125-038 |
| WAL-MART STORES EAST, LP; WAL-MART, INC.; FONTELLA MICHEL CLIFFORD DAVIS; and JOHN DOES 1-2, | * | |
| Defendants. | * | |

## O R D E R

On September 23, 2025, the Parties notified the Court that a settlement had been reached and that they would file a dismissal within forty-five (45) days. (Doc. 19.) The Parties stated they "are awaiting the settlement documents in order that the settlement check(s) may be ordered and disbursed." (Id. at 1.) More than forty-five days have passed; however, the Court has not received a dismissal or a status report.

Based on the foregoing, **IT IS HEREBY ORDERED** that the Parties **SHALL FILE** a dismissal within **SEVEN (7) DAYS** of the entry of this Order. In the event settlement is not finalized by that date, the Parties **SHALL FILE** a status report with the Court updating it on the progress of settlement and forthcoming dismissal of the case.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of November, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA